IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH PHILLIPS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-104 |
| v. | |
| COASTAL ADMINISTRATION, *et al.*, | |
| Defendants. | |

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's June 30, 2025, Report and Recommendation, (doc. 14), to which plaintiff has not filed an objection.[1]  Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 14.)  Plaintiff's Complaint is **DISMISSED**.  (Doc. 1.)  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 12th day of September, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although Plaintiff did not file a formal objection, pursuant to the Magistrate Judge's instructions in the Report and Recommendation (R&R), (<u>see</u> doc. 14, p. 2), he did file a letter, addressed to the Magistrate Judge, "responding" to the R&R, (doc. 15).  The R&R recommended dismissal because Phillips had failed to return required forms and failed to prosecute his case. (<u>See generally</u> doc. 14.)  Phillips' "response" states that he filled out the forms "several different times," but that "someone must have removed the forms from [his] sealed envelopes before leaving the prison due to [his] indigent status!" (Doc. 15, p. 1.)  Despite that wholly speculative accusation, Phillips apparently concedes that he does not object to the recommended disposition.  (<u>Id.</u> (stating, in unedited form, "Its O.K I proved my point to these wicked racist GDC Administration!").)  The remainder of the "response" is occupied in religious discussions that do not have any direct bearing on the instant proceedings.  (<u>See generally</u> <u>id.</u>)  Since nothing in the "response" would alter the Court's conclusion that dismissal for failure to prosecute this case is appropriate, the Court declines to construe that document as an "objection," within the meaning of 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72.